JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MIGUEL EDGARDO FIGUERO CADENAS,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-04727-PD

**JUDGMENT**

**A# 246-061-126**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release,

IT IS ADJUDGED that the Petition is granted as to Count One and the remaining count is dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: November 20, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge